RIMER et al. v. UNITED STATES.

(Circuit Court, S. D. New York. January 18, 1900.)

No. 2,391.

CUSTOMS DUTIES—BOTTLE GLASSWARE.

An importation of bottles and bottle-shaped receptacles holding less than a pint, used by chemists for their operations, are dutiable under Act 1894, par. 88, as "bottle glassware, not specially provided for," at three-fourths of a cent a pound.

Howard T. Walden, for importers.
H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. Paragraph 88 of the act of 1894 provides for duties on "green and colored, molded, or pressed, and flint and lime glass bottles holding more than one pint, and demi-johns and carboys, and other bottle glassware of the same material not specially provided for, at ¾ of a cent a pound; on vials, and on all other glassware of the same sorts 40 per cent. ad valorem." Except as to a test tube, about which no question is made, this importation is of bottles and bottle-shaped receptacles holding less than a pint, used by chemists for their operations, and not as mere containers. They have been assessed as "other glassware" at 40 per cent., against a claim that they are bottle glassware. The expression "bottle glassware" is broader than "glass bottles," and seems intended to cover something different from mere bottles used as containers. These bottle-shaped receptacles come within that description, and seem to be included by it. Decision reversed.

DOWNING v. UNITED STATES.

(Circuit Court, S. D. New York. January 16, 1900.)

No. 2,534.

CUSTOMS DUTIES—STEEL TUBES.

Tubes of wrought steel for holding gas under pressure are dutiable under Act 1894, par. 130, as tubes of steel for "boiler or other tubes," and not as manufactures of steel not otherwise provided for, under paragraph 177.

Comstock & Brown, for complainant.
H. P. Disbecker, Asst. U. S. Atty.

WHEELER, District Judge. These are tubes of wrought steel for holding gas under pressure. They seem to be specially provided for as tubes of steel under paragraph 130 of the act of 1894, for "boiler or other tubes" of steel, and consequently not to be manufactures of steel not otherwise provided for, under paragraph 177, as they were assessed. Decision reversed.